[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 14-11510
Non-Argument Calendar

_____

D.C. Docket No. 9:11-cr-80106-KAM-28

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ORESTE ROLANDO CHAVEZ,

Defendant-Appellant.

_____

Appeals from the United States District Court
for the Southern District of Florida

_____

(May 26, 2015)

Before MARTIN and ANDERSON[*], Circuit Judges.

PER CURIAM:

The prior opinion of the panel is vacated, and this opinion is substituted for

it.

_____
[*] This order is being entered by a quorum pursuant to 28 U.S.C. § 46(d).

Robert W. Stickney, appointed counsel for Oreste Rolando Chavez, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the defendant's convictions and sentences are **AFFIRMED**.